

ORIGINAL

FILED

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0523

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0523

FILED

MAY 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SUSAN HENSLEY,

  Petitioner and Appellant,

  v.

            O R D E R

MONTANA STATE FUND,

  Respondent and Appellee.

---

  Justice Laurie McKinnon has recused herself from this matter, which has been set for oral argument on July 8, 2020.

  IT IS ORDERED that the Honorable Jessica T. Fehr, District Judge, will sit as a member of this Court in place of Justice McKinnon.

  The Clerk is directed to provide a copy of this Order to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

  DATED this 8th day of May, 2020.

           For the Court,

          By _____
              Chief Justice